MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2008

Brian G. Maxey
*Assistant Corporation Counsel*
Tel.: (212) 788-0987
Fax: (212) 788-9776

June 11, 2008

BY FAX: 212-805-6737
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

**SO ORDERED**

*[signature]*

**HON. GEORGE B. DANIELS**

'JUN 1 2 2008

Re: Sharrod Riley v. City of New York, et al. 08 CV 4189 (GBD)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing with the consent of plaintiffs' counsel Brett Klein, Esq., to request an sixty-day enlargement of time, until August 11, 2008, within which this office may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

The plaintiffs allege, *inter alia*, that the City of New York, through its agents, falsely arrested and imprisoned the plaintiffs. At this time, the City of New York is the only named defendant.

Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case and forward to plaintiffs for execution authorizations for the release of the underlying arrest and prosecution records, which may have been sealed pursuant to NYCPL § 160.50. Without the underlying records, the defendant cannot properly assess this case or respond to the complaint. Accordingly, the enlargement of time will afford us the opportunity to investigate the matter and to secure the relevant documents.

Additionally, pursuant to Section 50-k of the New York General Municipal Law, this office must determine, based on a review of the case, whether we may represent the individually named defendants, once they are identified. The Officer(s) must then decide whether he wishes to be represented by this office. If so, we must obtain his written authorization. Only after this procedure has been followed can we determine how to proceed in this case.

In view of the foregoing, the defendant respectfully request that the Court grant the enlargement extending its time to answer or otherwise respond to the complaint until August 11, 2008.

Thank you for your consideration in this regard.

Respectfully submitted,

Brian G. Maxey (BM 0451)

BY FAX: (718) 522-3225
Brett Klein, Esq.