%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

SHARROD RILEY,

V.

CITY OF NEW YORK, ET AL.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

'08 CIV 4189

TO: (Name and address of Defendant)

    City of New York
    100 Church Street
    New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    LEVENTHAL & KLEIN, LLP.
    45 MAIN STREET, SUITE 230
    BROOKLYN, NEW YORK 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                 MAY 0 1 2008

CLERK                                                                      DATE

(By) DEPUTY CLERK

◈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 5/22/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Anderson Chan | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: c/o Corporation Counsel 100 Church St., 4th Fl. New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served on Amanda Gonzales, legal clerk, who is authorized to accept service on behalf of the defendant.
B/B/B/26/5'5/140

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/22/08
              Date

Signature of Server
Anderson Chan - Lic. #1220482
345 Broadway, 3rd Fl. New York, NY 10007
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.