# LEVENTHAL & KLEIN, LLP
### ATTORNEYS AT LAW
### 45 MAIN STREET, SUITE 230
### BROOKLYN, NY 11201

JASON LEVENTHAL, JR.
BRETT H. KLEIN

ADMITTED IN NY & NJ

T (718) 722-4100
F (718) 522-3225

60 BAY STREET, SUITE 701
STATEN ISLAND, NY 10301

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 7 2008
```

July 3, 2008

**SO ORDERED**

**BY FAX**

The Honorable George B. Daniels
United States District Judge
500 Pearl Street
New York, New York 10007
Facsimile No. : 212-805-6737

The conference is adjourned to
August 13, 2008 at 9:30 a.m.

JUL 0 7 2008 *[signature]*

**HON. GEORGE B. DANIELS**

Re: *Sharrod Riley v. City of New York, et al.*, 08 CV 4189 (GBD)

Your Honor:

I represent the plaintiff in the above-referenced civil rights action. This is a joint request by the parties for an adjournment of the initial conference currently scheduled for July 16, 2008 at 9:30 a.m. to a date and time that is convenient for the Court after the due date for the City's answer, which is currently on or before August 11, 2008. This is the parties' first request for such an adjournment.

Thank you for your consideration.

Respectfully submitted,

*[signature]*

Brett H. Klein

cc: A.C.C. Brian Maxey

1
WWW.LEVKLEIN.COM