

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y 10007



Brian G. Maxey
*Assistant Corporation Counsel*
Tel (212) 788-0987
Fax (212) 788-9776

August 6, 2008

**SO ORDERED**
The conference is rescheduled for September 9, 2008 at 9:30 a.m.

*George B. Daniels*
HON. GEORGE B. DANIELS
AUG 1 1 2008

BY FAX: 212-805-6737
Honorable George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2210
New York, NY 10007

Re: <u>Sharrod Riley v. City of New York, et al</u>, 08 CV 4189 (GBD)

Your Honor:

I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of this action on behalf of defendant City of New York. I am writing with the consent of plaintiffs' counsel Brett Klein, Esq., to request an adjournment of the conference currently scheduled for August 13, 2008, at 9:30 a.m., until either September 9, 2008, or September 11, 2008, or any subsequent date convenient for the Court. This is the City's second request for an adjournment in this action.

The defendants will file their answer on or before August 11, 2008, as previously ordered. However, I will be out of the country from August 12, 2008, until August 26, 2008, and plaintiff's counsel will be on vacation the week of August 25, 2008. While the parties conferred about a conference date the first week in September, there is no mutually possible date that week. Therefore, I respectfully request an adjournment to September 9, 2008, or September 11, 2008, or any subsequent date convenient for the Court.

Thank you for your consideration in this regard.

Respectfully submitted,

Brian G. Maxey (BM 0451)

BY FAX: (718) 522-3225
Brett Klein, Esq.